**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6616**

KENNETH EARL ROBINSON,

              Plaintiff – Appellant,

       v.

GRADY J. HAYNES; LYNN HENRY; JANET POWELL,

              Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge.  (5:09-cr-03005-FL)

Submitted:  July 27, 2010              Decided:  August 9, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Earl Robinson, Appellant Pro Se.  Oliver Gray Wheeler,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Earl Robinson appeals the district court's order granting Defendant's motion for injunctive relief in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Haynes, No. 5:09-ct-03005-FL (E.D.N.C. Apr. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED